Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Sandra K Manning

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA K MANNING, | Case No.: 2:13-cv-04853-DFM |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. | ATTORNEY FEES AND EXPENSES |
| | PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | U.S.C. § 1920 |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,900.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   September 5, 2014

_____
DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Vijay J. Patel*

_____
Vijay J. Patel
Attorney for plaintiff Sandra K Manning